UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE:<br><br>AMERICAN LaFRANCE, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 08-10178-BLS<br><br>(Bankr. D. Del.) |
|---|---|
| FREIGHTLINER LLC<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN LaFRANCE, LLC,<br><br>Defendant. | 08 Civ. 5625 (BJ)<br><br>(ECF) |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for plaintiff Freightliner LLC ("Freightliner" or "plaintiff") and defendant American LaFrance LLC ("ALF"), that:

1.   The time for ALF to answer, move against, or otherwise respond to the Complaint filed by plaintiff herein is extended to and including the 45th day from the date ALF's undersigned counsel receives written notice that all forthcoming motions (if any) and appeals regarding abatement, jurisdiction, removal, remand and/or venue have been denied or granted or that all such mattes are resolved by agreement of the parties (as applicable) and all issues as to the proper venue and jurisdiction for these proceedings resolved; and

2.   This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Moreover, signatures



D-165725

Page 1



of the Stipulation sent by facsimile or electronic mail transmission shall be deemed the

equivalent of original signatures.

Dated: New York, New York
       June 26, 2008.

HAYNES AND BOONE, LLP
*Attorneys for Defendant*
*American LaFrance, LLC*

By:_____
   Jonathan D. Pressment (JP-1819)
   153 East 53rd Street, Suite 4900
   New York, New York 10022
   (212) 659-7300

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
*Attorneys for Plaintiff*

By:_____
   William P. Weintraub (WW-2987)
   Lance J. Gotko (LG-5443)
   1633 Broadway
   New York, New York 10019
   (212) 833-1100

**SO ORDERED:**

_____
Barbara S. Jones, U.S.D.J.
6/27/08