UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:                                              :
                                                    :
AMERICAN LAFRANCE, LLC,                             :          Chapter 11
                                                    :          Case No. 08-10178
                          Debtor.                   :          (Bankr. D. Del.)
                                                    :
------------------------------------------------------------  x

FREIGHTLINER LLC,                                   :
                                                    :
                          Plaintiff,                :          Case No. 08-cv-05625 (BSJ)
                                                    :          (DFE)
       - against -                                  :
                                                    :          ECF Case
AMERICAN LAFRANCE, LLC,                             :
                                                    :          **RULE 7.1 STATEMENT**
                          Defendant.                :
                                                    :
------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Freightliner LLC[1] states that it is owned 100% by Daimler North America Corporation, a private Delaware corporation. Daimler North America Corporation is in turn owned 100% by the publicly traded Daimler AG of Germany.

---

[1] Freightliner LLC is now known as Daimler Trucks North America LLC.

626892.1

Dated: New York, New York
       June 30, 2008

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

William P. Weintraub (WW2987)
Lance J. Gotko (LG5443)
L. Reid Skibell (LS 8877)
Jordan I. Brackett (JB9306)
1633 Broadway
New York, NY 10019-6708
(212) 833-1100 – Phone
(212) 833-1250 – Facsimile

*Attorneys for Plaintiff Freightliner LLC*

2