UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    :
AMERICAN LAFRANCE, LLC,                             :   Chapter 11
                                                    :   Case No. 08-10178
                        Debtor.                     :   (Bankr. D. Del.)
                                                    :
------------------------------------------------------------x
                                                    :
FREIGHTLINER LLC,                                   :
                                                    :
                        Plaintiff,                  :   Case No. 08-cv-05625 (BSJ) (DFE)
                                                    :
        - against -                                 :   ECF Case
                                                    :
AMERICAN LAFRANCE, LLC,                             :   **AFFIDAVIT OF SERVICE**
                                                    :
                        Defendant.                  :
                                                    :
------------------------------------------------------------x

Veronica Garvey, being duly sworn, state:

1. I am a not a party to this action, am over 18 years of age, and work at 1633 Broadway, 46th Floor, New York, New York 10019.

2. On June 30, 2008, I served Freightliner LLC's Statement, Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), in Response to Notice of Removal at the addresses below designated for that purpose:

Frances M. Smith, Esq.
2281 South Avenue
P.O. Box 99
Westfield, NJ 07091

627016.1

Jonathan Hook, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

Robert D. Albergotti, Esq.
Haynes & Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

Kenneth Jason Rubinstein, Esq.
Haynes & Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

3. Service was made by having a true copy of the document enclosed in a postpaid properly addressed wrapper, deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Veronica Garvey

Subscribed and sworn to before
me this 30th day of June 2008

Notary Public

JOSEPH D. SHAW
Notary Public, State of New York
No. 01SH6130791
Qualified in New York County
Commission Expires July 25, 20 09

2

627016.1