UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

AMERICAN LAFRANCE, LLC,

                     Debtor.

Chapter 11
Case No. 08-10178
(Bankr. D. Del.)

-------------------------------------------------------------- X

FREIGHTLINER LLC,

                     Plaintiff,

   - against -

AMERICAN LAFRANCE, LLC,

                     Defendant.

Case No. 08-cv-05625 (BSJ) (DFE)

-------------------------------------------------------------------X

**NOTICE OF MOTION OF PLAINTIFF FREIGHTLINER LLC, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027, TO REMAND, OR, IN THE ALTERNATIVE, PURSUANT TO 28 U.S.C. § 1334, TO ABSTAIN AND REMAND**

       PLEASE TAKE NOTICE that, upon the attached Declaration of Jordan I. Brackett, dated July 21, 2008, and the exhibits thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings in this action, plaintiff Freightliner LLC ("Freightliner"),[1] hereby moves this Court (the "Motion"), pursuant to Federal Rule of Bankruptcy Procedure 9027, to remand the case removed to this Court – *Freightliner LLC v. American LaFrance, LLC*, New York Supreme Court, New York County (Index No. 604037/07) (the "New York Action") – to New York Supreme Court, New York County or, in the

---

[1] Freightliner LLC is now known as Daimler Trucks North America LLC.

630593.3

alternative, pursuant to 28 U.S.C. § 1334, to abstain from hearing and remand the New York Action.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), all papers in opposition to the Motion shall be served on or before August 7, 2008, and all reply papers shall be served on or before August 14, 2008.

Dated: New York, New York
July 21, 2008

                        FRIEDMAN KAPLAN
                          SEILER & ADELMAN LLP

                        /s/ Lance J. Gotko
                        William P. Weintraub
                        wweintraub@fklaw.com
                        Lance J. Gotko
                        lgotko@fklaw.com
                        L. Reid Skibell
                        rskibell@fklaw.com
                        Jordan I. Brackett
                        jbrackett@fklaw.com
                        1633 Broadway
                        New York, NY 10019-6708
                        (212) 833-1100 – Phone
                        (212) 833-1250 – Facsimile

                        *Attorneys for Plaintiff Freightliner LLC*

TO:    Frances M. Smith, Esq.
2281 South Avenue
P.O. Box 99
Westfield, NJ 07091

Jonathan Hook, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

Robert D. Albergotti, Esq.
Haynes & Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

Kenneth Jason Rubinstein, Esq.
Haynes & Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

*Attorneys for Defendant*

630593.3