UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                      :
                                                            :
AMERICAN LAFRANCE, LLC,                                     :     Chapter 11
                                                            :     Case No. 08-10178
                                  Debtor.                   :     (Bankr. D. Del.)
                                                            :
--------------------------------------------------------- x
                                                            :
FREIGHTLINER LLC,                                           :
                                                            :
                                  Plaintiff,                :     Case No. 08-cv-05625 (BSJ) (DFE)
                                                            :
        - against -                                         :     ECF Case
                                                            :
AMERICAN LAFRANCE, LLC,                                     :     **AFFIDAVIT OF SERVICE**
                                                            :
                                  Defendant.                :
                                                            :
------------------------------------------------------------x

    Veronica Garvey, being duly sworn, state:

    1.    I am a not a party to this action, am over 18 years of age, and work at 1633 Broadway, 46th Floor, New York, New York 10019.

    2.    On July 21, 2008 I served Notice of Motion of Plaintiff Freightliner LLC, Pursuant to Federal Rule of Bankruptcy Procedure 9027, to Remand, or, in the Alternative, Pursuant to 28 U.S. C. 1334, to Abstain and Remand, Memorandum of Law in Support of Motion of Freightliner LLC, Pursuant to Federal Rule of Bankruptcy Procedure 9027, to Remand, or, in the Alternative, Pursuant to 28 U.S. C. 1334, to Abstain and Remand and Declaration of Jordan I. Brackett in Support of Motion of Freightliner LLC Pursuant to Federal Rule of Bankruptcy Procedure 9027, to Remand, or, in the Alternative, Pursuant to 28 U.S. C. 1334, to Abstain and Remand at

631750.1

the addresses below designated for that purpose:

>Robert D. Albergotti, Esq.
>David McAtee
>A. Michael Warnecke
>Ian T. Peck
>Haynes and Boone, LLP
>901 Main Street
>Suite 3100
>Dallas, TX 75202
>
>Jonahtan Hook
>Haynes and Boone
>153 East 53rd Street
>Suite 4900
>New York, NY 10022

3.  Service was made by having a true copy of the document enclosed in a postpaid properly addressed wrapper, deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Veronica Garvey*

Subscribed and sworn to before
me this 21st day of July 2008

*Steven Eric Frankel*
Notary Public

STEVEN ERIC FRANKEL
NOTARY PUBLIC, State of New York
No. 02FR6140477
Qualified in Nassau County
Commission Expires January 30 2010

631750.1    2

*Certificate filed in New York County*