

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

AMERICAN LaFRANCE, LLC,

    Debtor.

---

FREIGHTLINER LLC

    Plaintiff,

v.

AMERICAN LaFRANCE, LLC,

    Defendant.

Chapter 11
Case No. 08-10178-BLS

(Bankr. D. Del.)

08 CV 08-civ-5625 (BSJ)

(ECF)

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for plaintiff Freightliner LLC ("Freightliner" or "plaintiff") and defendant American LaFrance LLC ("ALF"), that:

1.    Freightliner hereby withdraws its Motion of Plaintiff Freightliner LLC, Pursuant to Federal Rule of Bankruptcy Procedure 9027, to Remand, Or, in the Alternative, Pursuant to 28 U.S.C. § 1334, to Abstain and Remand filed on July 21, 2008 without prejudice and without costs or fees to any party.

2.    This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Moreover, signatures of the Stipulation sent by facsimile or electronic mail transmission shall be deemed the equivalent of original signatures.

Dated: New York, New York
August 6, 2008.

HAYNES AND BOONE, LLP
*Attorneys for Defendant*
*American LaFrance, LLC*

By: /s/ Jonathan D. Pressment
Jonathan D. Pressment (JP-1819)
153 East 53rd Street, Suite 4900
New York, New York 10022
(212) 659-7300

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
*Attorneys for Plaintiff*

By: /s/ William P. Weintraub
William P. Weintraub (WW-2987)
Lance J. Gotko (LG-5443)
1633 Broadway
New York, New York 10019
(212) 833-1100

SO ORDERED.

_____
HONORABLE BARBARA JONES
UNITED STATES DISTRICT JUDGE

8/7/08